HUNTER, Respondent, v. RAMSAY, Appellant. (Supreme Court, Appellate Division, Second Department. October 15, 1915.) Action by Carrie R. Hunter against Grace S. Ram-

say, individually and as administratrix, etc., of Malcom Ramsay, deceased.

PER CURIAM. Order modified (1) by striking out paragraph thereof marked second and substituting a direction striking out paragraphs marked third, ninth, and tenth of the complaint; (2) by striking out so much of paragraph fourth of the complaint as reads, "in violation of said understanding and agreement and." As thus modified, the order is affirmed, with $10 costs and disbursements. Settle order on two days' notice before Mr. Justice Stapleton. See, also, 153 N. Y. Supp. 1120.